Amended Complaint

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Amended Complaint

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 12 2018**

JEFFREY P. COLWELL
CLERK

Civil Action No.    1:18- CV-00474-CME- MEH

(To be supplied by the court)

ANDRE GILMORE _____, Plaintiff

v.

DENVER HEALTH _____,

CAROL ROGERS _____,

Dr STOB _____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.    PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address.  Failure to keep a current address on file with the
court may result in dismissal of your case.*

Andre Gilmore # 0000630724 DCJ P.O. Box 1108, Denver, Co
80201-1108
(Name, prisoner identification number, and complete mailing address)

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

X      Pretrial detainee
____      Civilly committed detainee
____      Immigration detainee
____      Convicted and sentenced state prisoner
__ı__      Convicted and sentenced federal prisoner
____      Other: (*Please explain*) _____

**B.    DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If
more space is needed, use extra paper to provide the information requested.  The additional
pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  DENVER, HEALTH, is a public hospital charged
With rendering medical care to Defendant.
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law?  X Yes ___ No (*check one*).  Briefly explain:

Denver Health acted as agent for
Denver Jails (County/City) and therefore
acted under the Color of State Law.
in own and Official Capacity. A State Sanctioned Facility.
Defendant 1 is being sued in his/her ___ individual and/or X official capacity. Institution

2

Defendant 2: _Doctor Stab is a Physian employed by_
(Name, job title, and complete mailing address)
_Denver, Health._

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

_Defendant Stab, as employee of Denver Health, acted under color of State laws as agent for Denver Jails, County/City, Goverment Santioned Factfity, institution._

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: _CAROL RODGERS, Administrator at_
(Name, job title, and complete mailing address)
_Denver, Health_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

_As employee of Denver, Health and agent of Denver, Jails County/City, Goverment Santioned Facility, institution._

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_    42 U.S.C. § 1983 (state, county, and municipal defendants)

___    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
(federal defendants)

___    Other: (*please identify*) _Federal Jucrisdiction (Laws) Statutes governing hospitals and institutions, Conspiracies, ect._

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim,
specify the right that allegedly has been violated and state all facts that support your claim,
including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s)
involved in each claim, and the specific facts that show how each person was involved in each
claim. You do not need to cite specific legal cases to support your claim(s). If additional space
is needed to describe any claim or to assert additional claims, use extra paper to continue that
claim or to assert the additional claim(s). Please indicate that additional paper is attached and
label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

Claim I.    Intentional Indifference to Medical treatment
in violation of the U.S. Constitutional guarantees,

CLAIM ONE: Eight and 14 Amendments, and Corresponding
State Constitutional Provisions, Hospital

Supporting facts: Ethic laws, State and Federal Statutory
law.

From the dates 9/5/2017 to present, Denver
Health maintains a policy which denied
Plaintiffs necessary medical treatment. Denver
Health knew that denial of said treatment
would cause harm, suffering, and even death
(potentially) to Plaintiff.

Defendant Stob, knowing the above, took
personal action to insure Plaintiff received no
treatment for his medically diagnosed "Hepatitis
C", and that denial caused Plaintiff physical
pain, worry and fear for his life.

Defendant Carol Rodgers, further ensured
Plaintiff received no necessary medical treatment
as outlined above. From belief and information
received, Defendant, knowing the policy stated
above, constituted wrongful action, refused
to respond to Plaintiffs pleas for treatment
in his "grievance (Formal), and, upon belief and
information received, worked in concert with Defendant
Stob to deny Plaintiff necessary medical treatment
as stated above.

Claim II.    Defendants' denied Plaintiff medical
treatment due to his poverty, incarceration,
and social standing, all in violation of due process
and Equal protection clauses under the U.S.
Constitution. Plaintiff incorporates the above supporting
facts to support Claim II, 4

Claim III. Defendants all, worked in concert, in an illegal
conspiracy, to deny Plaintiff of his rights
under the U.S. and State Constitutions, Eights and
Fourteenth Amendment guarantees, and Federal
Statutory law.

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you
were incarcerated?  ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one
previous lawsuit, use additional paper to provide the requested information for each previous
lawsuit.  Please indicate that additional paper is attached and label the additional pages
regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                              _____

Docket number and court:                             _____

Claims raised:                                       _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)         _____

Reasons for dismissal, if dismissed:                 _____

Result on appeal, if appealed:                       _____


## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal
court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or
judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

         _X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

         _X_ Yes ___ No (*check one*)

5

**G.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed
to identify the relief you are requesting, use extra paper to request relief. Please indicate that
additional paper is attached and label the additional pages regarding relief as "G. REQUEST
FOR RELIEF."*

Count I. Plaintiff Seeks Five-hundred-Thousand
Dollars from each and every Defendant in
Compensatory damages.

Count I. Plaintiff Seeks an additional
Three-hundred-thousand Dollars in punitive
damages, from each Defendant.

Count II
Plaintiff Seeks Five hundred
thousand dollars from Denver Health, and
two-hundred-thousand dollars from Defendants
Stob, and Carol Rodgers.
Count III. Plaintiff Seeks an additional amount
of two-hundred-thousand dollars from each Defendant.

**H.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)

(Form Revised December 2017)

6